IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| **EDWARD STONE**, | ) | |
| | ) | |
| Plaintiff | ) | CIVIL ACTION FILE NO. |
| | ) | |
| v. | ) | 1:09-CV-2765-BBM |
| | ) | |
| **UNITED STATES OF AMERICA**, | ) | |
| | ) | |
| Defendant. | ) | |

## MOTION FOR DEFAULT

Plaintiff hereby moves for an entry of default by the Clerk. As grounds for this Motion, Plaintiff shows that he served Defendant on October 7, 2009 pursuant to Fed. R. Civ. Pr. 4(i)(1)(A)(ii) by mailing via certified mail a copy of the summons and complaint to the acting U.S. Attorney for the Northern District of Georgia, as shown in the Return of Service [Doc. 2]. Plaintiff's counsel did not receive a response to the summons and complaint within 60 days of October 7, 2009 (i.e., by December 7, 2009),[1] and the records of the Clerk do not indicate a response was filed, either.

---

[1] Defendant did respond on December 8, 2009, after Defendant's default. It should be noted that 60 days from October 7, 2009 fell on December 6, 2009, which was a

      /s/ John R. Monroe
John R. Monroe
Attorney for Plaintiff
9640 Coleman Road
Roswell, GA  30075
678-362-7650
770-552-9318 (fax)
State Bar No. 516193

---

Sunday, so the deadline became Monday, December 7.

## **CERTIFICATE OF SERVICE**

I certify that I filed the foregoing on December 14, 2009 using the ECF system, which will automatically send a copy via email to:

R. David Powell, Esq.
Assistant U.S. Attorney
75 Spring Street, S.W., Room 600
Atlanta, GA 30303

/s/ John R. Monroe
John R. Monroe
