IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| **EDWARD STONE**, | ) | |
| | ) | |
| Plaintiff | ) | CIVIL ACTION FILE NO. |
| | ) | |
| v. | ) | 1:09-CV-2765-BBM |
| | ) | |
| **UNITED STATES OF AMERICA**, | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF DISMISSAL WITHOUT PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff hereby dismisses this case without prejudice.

    /s/ John R. Monroe
John R. Monroe
Attorney for Plaintiff
9640 Coleman Road
Roswell, GA  30075
678-362-7650
770-552-9318 (fax)
State Bar No. 516193

## CERTIFICATE OF SERVICE

I certify that I filed the foregoing on December 29, 2009 using the ECF system, which will automatically send a copy via email to:

R. David Powell, Esq.
Assistant U.S. Attorney
75 Spring Street, S.W., Room 600
Atlanta, GA 30303

                                                /s/ John R. Monroe
                                                John R. Monroe